**Order filed May 22, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00372-CV

_____

## IN THE INTEREST OF G.T.A, a Child

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-42025**

---

## O R D E R

The notice of appeal in this case was filed April 16, 2012. The clerk's record was filed May 7, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 6, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM